**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHARLES RAY LAND,** | ) | **Civil Action No. 7:12-cv-00354** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE, <u>et al.</u>,** | ) | **By:   Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff.

Entered:  August 15, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge